**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| Tyrone Bowers, | : |
|  | : |
|  | : Civil Action No.:  2:14-cv-04359-MMB |
| Plaintiff, | : |
| v. | : |
|  | : |
| ITT Educational Services, Inc. d/b/a ITT | : |
| Technical Institute, | : |
|  | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

Tyrone Bowers ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: December 19, 2014

Respectfully submitted,

PLAINTIFF, Tyrone Bowers

/s/ Jody B. Burton

Jody B. Burton, Esq.
Bar No.: 71681
LEMBERG LAW, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
jburton@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Jody B. Burton

Jody B. Burton